East'n District.
*May*, 1823.

SEXNANDER
*vs.*
FLEMING.

The exception *de non numeratâ pecuniâ* may be made in case of an authentic act.

*SEXNANDER* vs. *FLEMING.*

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. The defendant, sued on an authentic act for the payment of a sum of money, availed himself of the exception *de non numeratâ pecuniâ ;* there was judgment for him and the plaintiff appealed.

The appellant's counsel contends that the provisions of the Spanish law, invoked by the appellee, are repealed by our statute, which provides that the authentic act makes full proof of the agreement contained in it, against the contracting parties, their heirs or assigns. *Civil Code*, 304, *art.* 219.

The defendant urges that the exception *de non numeratâ pecuniâ*, (when not renounced) may be made to an authentic act, and throws the burden of the proof for the tradition of the money on the lender. *Part.* 5, 1, 9 *; ib.* 3, 18, 70 *; Curia Phil. Paga. n.* 30 *; Siguenza*, 221, 223 *;* 2 *Febrero* 152, *n.* 163, *ed. of* 1817 *;* 6 *ib.* 297, *n.* 21 *; Villadiego*, 47, *n.* 102 *;* 5 *Martin*, 145, *Griffin's ex'r.* vs *Lopez, ib.* 593, *Berthole*

vs. *Mace ;* 6 *ib.* 524, *Crozet's ex'r.* vs. *Gaudet ;*
10 *ib.* 302, *Lepretre & al.* vs. *Sibley ; Noviss. Re-*
*cog.* 10, 1, 22.

The exception *de non numeratâ pecuniâ* does
not appear to us repealed by the part of the
code, cited by the appellant's counsel, the
provisions of which existed under the Ro-
man and Spanish law, which recognized the
exception. It does not appear to us that the
district judge erred, in sustaining the defen-
dant's plea.

It is said the requiring testimonial proof of
that which the party, against whom the proof
is to be made, attested under his own hand,
is an inconvenient anomaly in those laws,
which ought to be abrogated. Let this be
admitted; but it cannot be denied that an-
cient provisions of our laws, which are estab-
lished or recognized by statutes, and have for
ages been respected by courts of justice, can-
not be made to disappear or rendered ineffec-
tual by the judiciary power; the constitution
has forbidden its interference in such cases,
and the legislature is the only competent
power to apply a remedy.

East'n District.
*May*, 1823.

SEXNANDER
*vs.*
FLEMING.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court be affirmed with costs.

*Eustis* for the plaintiff, *Hennen* for the defendant.